# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00746-CV

### V. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-003321, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on November 19, 2018. By request to this Court dated November 19, 2018, McKayla McHugh requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, McKayla McHugh is hereby ordered to file the reporter's record in this case on or before November 29, 2018. If the record is not filed by that date, McHugh may be required to show cause why she should not be held in contempt of court.

It is ordered on November 19, 2018.


Before Chief Justice Rose, Justices Field and Toth